IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**AUTUMN S. SISTO**                                                                                                    **PLAINTIFF**

V.                                         **CASE NO. 5:22-CV-5069**

**COMMISIONER,**
**Social Security Administration**                                                                                **DEFENDANT**

## JUDGMENT

For the reasons set forth in the Opinion and Order filed this day, **IT IS HEREBY ORDERED AND ADJUDGED** that the case is reversed and remanded to the Commissioner for further consideration pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS SO ORDERED AND ADJUDGED** on this 25th day of September, 2023.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE